UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   18-03288 |
| David E Agbon-Ifo | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION ON SHORTENED NOTICE**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY and MOTION TO SHORTEN NOTICE, the Court having jurisdiction and being advised in the premises, and due notice having been givent,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation to defer the current default to the end of the plan and to increase the plan payment to $347 a month beginning April 2019 until the end of the plan; and

2. Notice is shortened to 20 days.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  April 04, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600